# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 2:19-MJ-03515-DUTY-1    Date 8/26/19

Title   United States v. David Ayala-Romero

Present: The Honorable    Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐  Lack of bail resources

☒  Refusal to interview with Pretrial Services

☐  No stable residence or employment

☐  Previous failure to appear or violations of probation, parole, or release

☒  Ties to foreign countries

☐  Allegations in petition

Defendant was previously convicted, reentered the U.S. illegally, and was convicted on a charge of illegal reentry.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 2:19-MJ-3515 DUTY    Date 8/26/17

Title    United States v. David Ayala-Romero

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☐ Allegations in petition

☐ Substance abuse

☒ Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.